

*Chemeketa Community College*
*Training & Economic Development Center*
AWARD OF COMPLETION

To

**Tyrell K. Walton**

For

***Professional Technical Computer Training***

| | |
|---|---|
| Introduction to Microcomputers | 3 Credits |
| Microsoft Word | 3 Credits |
| Microsoft Access | 3 Credits |
| Microsoft Excel | 3 Credits |

William Brown Jr.
Supervisor of Education

Ron Hulett, Director
Training & Economic Development Center

# CENTRAL TEXAS COLLEGE
*Changing lives one degree at a time*

## Certificate of Award



This is to certify that *Tyrell K. Walton* has successfully completed the following courses ACNT 1325, POFI 1349, POFT 1319, POFT 1349 in the study of the **Computer Technology Program.** We therefore, in testimony thereof, affix our signatures hereto on this *5th* day of *December, 2003*.

Program Coordinator, FCI Sheridan

Deputy Chancellor for Campus Operations

# Computer Technology Program

| Course Prefix | Course Number | Course Title | Contact Hrs. |
|---|---|---|---|
| POFI | 1301 | Computer Applications I | 96 |
| POFT | 1329 | Keyboarding and Document Formatting | 96 |
| POFI | 2301 | Word Processing | 96 |
| POFT | 1325 | Business Math and Machine Applications | 96 |
| POFT | 2312 | Business Communications II | 96 |
| POFT | 1319 | Records and Information Management I | 96 |
| POFI | 1349 | Spreadsheets | 96 |
| ACNT | 1325 | Principles of Accounting I | 48 |
| POFT | 1349 | Administrative Office Procedures II | 96 |
| | | Total | 816 |