Name: Tyrell Walton
#62353-065

Address: P.O. Box 800
Herlong, CA 96113
Telephone Number:



RECEIVED
MAR 2 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

U.S.A.,

        Plaintiff/Petitioner,

vs,

Tyrell Walton,

        Defendant/Respondent.

CASE NO. A97-0092-001 CR (HRH)

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 3-17-08

        Tyrell Walton
        Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97