IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYRELL WALTON,<br><br>    Defendant. | Case No. 3:97-cr-00092-03-HRH<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

On March 24, 2008, Tyrell Walton, representing himself, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1] Mr. Walton has also filed a motion for appointment of counsel.[2]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[3] The Supreme

---

[1] *See* Docket No. 477.

[2] *See* Docket Nos. 478, 479.

[3] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72 Fed.Reg. 28571-28572 (2007).

Court noted, at the time, that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[4] Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[5]

**IT IS THEREFORE ORDERED that:**

1. The Clerk shall ensure that the United States Attorney has been served with a copy of docket numbers 477-479, as well as this Order.

2. Mr. Walton's application for appointment of counsel, at docket number 478, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Walton in this case, for the purposes of filing a motion under section 3582(c).

3. Counsel for Mr. Walton shall review the record, confer with him, and file an amended motion, or other appropriate document, within sixty days of the date of this Order.

4. The Government is permitted to file a response within sixty days from the time

---

[4] *Id.* at n. 11.

[5] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

counsel for Mr. Walton files the new motion.

5. Counsel for Mr. Walton may file a reply within thirty days of the filing of the response.

DATED this 9th day of April, 2008, at Anchorage, Alaska.

/s/ H. Russel Holland, Judge
United States District Court