Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                ) | |
|            Plaintiff,          ) | |
|                                ) | |
|    v.                          ) | |
|                                ) | |
| TYRELL WALTON,                 ) | |
|                                ) | |
|            Defendant.          ) | |
| _____  ) | No. 3:97-cr-092-HRH |

**NOTICE OF ADOPTING MOTION TO MODIFY SENTENCE FILED BY DEFENDANT ON 03/24/08**

COMES NOW LANCE C. WELLS, ESQ. CJA appointed counsel on behalf of defendant Tyrell Walton and hereby files this notice that appointed counsel for Mr. Walton hereby adopts the Motion for Reduction of Sentence (Crack cocaine) filed by the defendant on 03/24/08.

DATED this 27th day of April 2008.

                                s/Lance C. Wells
                                Attorneys for Defendant,
                                733 W. 4th Ave, Suite 308
                                Anchorage, Alaska 99501
                                Phone: 907/274-9696
                                Fax: 907/277-9859
                                E-mail: lwells@gci.net
                                AK # 9206045

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
April 27, 2008, a copy
of the foregoing was served
electronically:

Richard Pomeroy, AUSA
U.S. Attorney's Office

s/Lance C. Wells