IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                     Plaintiff,  )
                                 )
     vs.                         )
                                 )
KENNETH DESHON McGEE (D-01),     )
TYRELL WALTON (D-03), and        )
AHMAD RASHAD STEVENS (D-04),     )
                                 )
                     Defendants. )
_____)
                                 )   No. 3:97-cr-0092-HRH
This Order Pertains to:          )
                                 )
TYRELL WALTON (D-03)             )
_____)
```

O R D E R

Case Status

The court has completed a preliminary review of defendant Walton's motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2).[1] Based upon that review, the response calendar that the court had approved for this motion[2] appears needlessly lengthy.

By notice of April 27, 2008,[3] appointed counsel for defendant adopted the defendant's pro se motion for reduction of sentence.

---

[1] Docket No. 477

[2] See Docket No. 485.

[3] Docket No. 487.

- 1 -

In light of that development, the Government will please serve and file its response to defendant Walton's motion on or before June 10, 2008. The court will entertain a reply, if filed by counsel on or before June 20, 2008.

On or before May 23, 2008, the court's Probation Service will please provide the court and counsel with the following:

(1) defendant Walton's projected release date;

(2) defendant Walton's adjusted release date, based upon the retroactive amendment of the crack cocaine guidelines; and

(3) any other information that the Probation Service would have the court consider for purposes of a Section 3582(c)(2) resentencing proceeding.

Upon receipt of the Government's response, the court's case manager will be in contact with counsel for purposes of scheduling a hearing on defendant Walton's motion. Defense counsel will be expected to make appropriate arrangements for his client to participate in the hearing telephonically.

DATED at Anchorage, Alaska, this <u>12th</u> day of May, 2008.

/s/ H. Russel Holland
United States District Judge