NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:97-cr-00092-03-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ERRATA TO DOCKET NO. 495** |
| TYRELL WALTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attached is the disciplinary record for the defendant Tyrell Walton from the

Bureau of Prisons in support of the United States' Response in Opposition at docket no. 495.

RESPECTFULLY SUBMITTED this 11th day of June in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Andrea T. Steward
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: andrea.steward@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2008
a copy of the foregoing **ERRATA TO
DOCKET NO. 49** was served
electronically on:

Lance Wells,
Counsel for Defendant

s/ Andrea T. Steward
Assistant U.S. Attorney