```
 USPOW                     INMATE DISCIPLINE DATA            *    03-25-2008
 PAGE 001          *    CHRONOLOGICAL DISCIPLINARY RECORD     *    15:56:27

REGISTER NO: 62353-065  NAME..: WALTON, TYRELL
FUNCTION...: DIS        FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 03-25-2008
                        RSP OF: HER-HERLONG FCI
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1395737 - SANCTIONED  INCIDENT DATE/TIME: 10-25-2005 2225
DHO HEARING DATE/TIME: 12-08-2005 1255
FACL/CHAIRPERSON.....: SHE/GRIFFITH M
APPEAL CASE NUMBER(S): 400905
REPORT REMARKS.......: INMATE WAS INVOLVED IN A FIGHT THAT LED TO THE USE OF A
                       WEAPON TO ASSAULT ANOTHER INMATE.
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: ID2 RFP: D
        DIS GCT     / 40 DAYS / CS
        COMP:010 LAW:P   DISALLOW 40 DAYS GCT.
        DS          / 30 DAYS / CS
        COMP:    LAW:     30 DAYS DIS. SEG.


G0002       MORE PAGES TO FOLLOW . . .
```

INMATE DISCIPLINE DATA

REGISTER NO: 62353-065  NAME..: WALTON, TYRELL
FUNCTION...: DIS         FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-25-2008
                         RSP OF: HER-HERLONG FCI

DHO HEARING DATE/TIME: 12-08-2005 1255    REPORT 1395737 CONTINUED
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 40 DAYS / CS
         COMP:010 LAW:P   DISALLOW 40 DAYS GCT.
         DS         / 30 DAYS / CS
         COMP:     LAW:     30 DAYS DIS. SEG.
         FF NVGCT   / 26 DAYS / CS
         COMP:010 LAW:P   FORFEIT 26 DAYS NON-VESTED GCT
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   DISALLOW 27 DAYS GCT.
         DS         / 14 DAYS / CS
         COMP:     LAW:     14 DAYS DIS. SEG.


G0002       MORE PAGES TO FOLLOW . . .

REGISTER NO: 62353-065 NAME..: WALTON, TYRELL
FUNCTION...: DIS         FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-25-2008
                         RSP OF: HER-HERLONG FCI

DHO HEARING DATE/TIME: 12-08-2005 1255    REPORT 1395737 CONTINUED
     FF NVGCT    / 27 DAYS / CS
     COMP:010 LAW:P    FORFEIT 27 DAYS NVGCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1187578 - SANCTIONED INCIDENT DATE/TIME: 01-14-2003 1948
DHO HEARING DATE/TIME: 02-19-2004 1510
FACL/CHAIRPERSON.....: SHE/GRIFFITH M
REPORT REMARKS.......: INMATE WAS INVOLVED IN A FIGHT. DENIES THE CHARGE.
  201  FIGHTING WITH ANOTHER PERSON - FREQ: 2
     DIS GCT     / 27 DAYS / CS
     COMP:010 LAW:P    DISALLOW 27 DAYS GCT.
     DS          / 4 DAYS / CS
     COMP:    LAW:     4 DAYS DIS. SEG.


G0002          MORE PAGES TO FOLLOW . . .

REGISTER NO: 62353-065 NAME..: WALTON, TYRELL
FUNCTION...: DIS        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-25-2008
                        RSP OF: HER-HERLONG FCI

DHO HEARING DATE/TIME: 02-19-2004 1510    REPORT 1187578 CONTINUED
    DS            / 10 DAYS / CS / SUSPENDED 180 DAYS
    COMP:    LAW:    10 DAYS DIS. SEG.---SUSPENDED PENDING 180 DAYS
                     CLEQAR CONDUCT.
-----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1060834 - SANCTIONED INCIDENT DATE/TIME: 12-31-2002 1510
DHO HEARING DATE/TIME: 01-16-2003 1215
FACL/CHAIRPERSON.....: SHE/GRIFFITH M
REPORT REMARKS.......: INMATE WAS INVOLVED IN A FIGHT. ADMITS TO THE CHARGE.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
    DIS GCT      / 27 DAYS / CS
    COMP:010 LAW:P   DISALLOW 27 DAYS GCT.
    DS           / 14 DAYS / CS
    COMP:    LAW:    14 DAYS DIS. SEG.


G0002        MORE PAGES TO FOLLOW . . .

Case 3:97-cr-00092-HRH   Document 498-2   Filed 06/11/2008   Page 5 of 8

```
REGISTER NO: 62353-065 NAME..: WALTON, TYRELL
FUNCTION...: DIS       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 03-25-2008
                       RSP OF: HER-HERLONG FCI
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 981286 - SANCTIONED   INCIDENT DATE/TIME: 04-09-2002 1310
UDC HEARING DATE/TIME: 04-10-2002 1820
FACL/UDC/CHAIRPERSON.: SHE/UNIT 4/D. CORTEZ
REPORT REMARKS.......: INMATE ADMITTED HE WAS NOT IN EDUCATION DURING THE
                       CENSUS
    310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         EXTRA DUTY / 20 HOURS / CS
         COMP:    LAW:    TO BE COMPLETED BY 04-24-2002




G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 62353-065 NAME..: WALTON, TYRELL
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-25-2008
                        RSP OF: HER-HERLONG FCI
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 945519 - SANCTIONED   INCIDENT DATE/TIME: 11-26-2001 1500
DHO HEARING DATE/TIME: 12-18-2001 1415
FACL/CHAIRPERSON.....: SHE/GRIFFITH M
REPORT REMARKS.......: INMATE WAS INVOLVED IN A FIGHT. DENIES THE CHARGE.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT      / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW 27 DAYS GCT.
        DS           / 14 DAYS / CS
        COMP:    LAW:    14 DAYS DIS. SEG.


G0002        MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 62353-065 NAME..: WALTON, TYRELL
FUNCTION...: DIS        FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 03-25-2008
                        RSP OF: HER-HERLONG FCI

---

REPORT NUMBER/STATUS.: 853894 - SANCTIONED   INCIDENT DATE/TIME: 01-30-2001 1330
DHO HEARING DATE/TIME: 02-05-2001 1425
FACL/CHAIRPERSON.....: SHE/GRIFFITH M
REPORT REMARKS.......: INMATE REFUSED TO COMPLETE HIS WORK ASSIGNMENT IN FOOD
                       SERVICE.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        DS         / 14 DAYS / CS / SUSPENDED 180 DAYS
        COMP:   LAW:    14 DAYS DIS. SEG.---SUSPENDED PENDING 180 DAYS
                        CLEAR CONDUCT.


G0002       MORE PAGES TO FOLLOW . . .

```
USPOW                    *   INMATE DISCIPLINE DATA        *      03-25-2008
PAGE 008 OF 008   *    CHRONOLOGICAL DISCIPLINARY RECORD    *      15:56:27
```

```
REGISTER NO: 62353-065  NAME..: WALTON, TYRELL
FUNCTION...: DIS        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-25-2008
                        RSP OF: HER-HERLONG FCI
```

---

```
REPORT NUMBER/STATUS.: 728120 - SANCTIONED  INCIDENT DATE/TIME: 11-05-1999 0625
UDC HEARING DATE/TIME: 11-09-1999 1904
FACL/UDC/CHAIRPERSON.: SHE/UNIT 4/R. HAWKS
REPORT REMARKS.......: UDC FINDS INMATE WALTON GUILTY OF CODE 307. UDC FINDS IN
                       MATE WALTON NOT GUILTY OF CODE 313
   307   REFUSING TO OBEY AN ORDER - FREQ: 1
         EXTRA DUTY / 10 HOURS / CS
         COMP:    LAW:    10 HOURS EXTRA DUTY TO BE COMPLETED BY 11-29-99
```

```
G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```