**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   TYRELL WALTON

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                    CASE NO.   3:97-cr-00092-03-HRH

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: June 11, 2008

    A hearing on the motion for reduction of sentence under 18:3582(c)(2) at docket 477 is scheduled to commence at 9:00 a.m. on Tuesday, July 15, 2008, before the Honorable H. Russel Holland.

    Defense counsel is directed to make appropriate arrangements for his client to participate in the hearing telephonically.

[]{IA.WPD*Rev.12/96}