Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TYRELL WALTON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:97-CR-00092-3 HRH |

**REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)**

COMES NOW defendant TYRELL WALTON by and through his attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files his Reply to the Government's Opposition to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C).

This reply is supported by the attached memorandum of law filed concurrently herewith.

DATED at Anchorage, Alaska, this 11th day of June 2008.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: _/s/ Lance C. Wells_____

*REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)*
*United States of America v. Tyrell Walton*
*Case No. 3:97-cr-00092-03 HRH*                                                     Page 1 of 2

>Attorneys for defendant,
>Tyrell Walton
>733 W. 4th Ave, Suite 308
>Anchorage, Alaska 99501
>Phone: 907/274-9696
>Fax: 907/277-9859
>E-mail: lwells@gci.net
>AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2008, a copy of the foregoing was served electronically:

Andrea Steward, AUSA

  /s/ Lance C. Wells

*REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)*
*United States of America v. Tyrell Walton*
*Case No. 3:97-cr-00092-03 HRH*                                        Page 2 of 2