MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _____TYRELL WALTON_____ CASE NO. 3:97-CR-00092-03-HRH
Defendant: X Present  X In Custody (Telephonically)

BEFORE THE HONORABLE:_____H. RUSSEL HOLLAND_____

DEPUTY CLERK/RECORDER:_____DENALI ELMORE_____

UNITED STATES' ATTORNEY:_____ANDREA STEWARD_____

DEFENDANT'S ATTORNEY:_____LANCE WELLS_____

U.S.P.O.:_____KAREN BREWER_____

PROCEEDINGS: HEARING ON MOTION TO REDUCE SENTENCE UNDER
          18:3582(c) HELD 7/15/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re Motion to Reduce Sentence Under
18:3582(c) (Dkt 477); **GRANTED.** The term of imprisonment was
reduced from 188 months to 151 months.

At 9:19 a.m. court adjourned.

DATE:_____JULY 15, 2008_____ DEPUTY CLERK'S INITIALS:__DJE__

Revised 6-18-07