AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
for the
District of Alaska

**RECEIVED**
JUL 17 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

United States of America )
v. )
TYRELL WALTON )
) Case No: 3:97-cr-00092-03-HRH
) USM No: 62353-006
Date of Previous Judgment: 9/15/1998 ) Lance C. Wells
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___188___ months **is reduced to** ___151___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     34            Amended Offense Level:       32
Criminal History Category:  III           Criminal History Category:   III
Previous Guideline Range: 188 to 235 months   Amended Guideline Range: 151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated ___9/15/1998___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: JULY 15, 2008

**REDACTED SIGNATURE**

Effective Date: _____        H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
         (if different from order date)                    Printed name and title