

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Tyrell Walton,   ) Case No. A97-CRV092-003
   Petitioner,   ) Motion under § 3582 Amendment
      ) 709 for priors under 4A1.1
   v.   )
      )
United States Of America,   )
   Defendant,   )

Comes now, Tyrell Walton Pro Se, moves this Honorable Court to reduce his sentence to immediate release for the foregoing factors. First, under Amendment 706 effective on Nov 2007, Waltons prior convictions are inapplicable to be used for sentencing factors, because defendant did not recieve a sentence greater than 30 days or greater than a year of probation thus under the new amendment for petty offenses these priors are inapplicable. Petitioner litigated this argument in his initial brief for a two point reduction under 2D1.1 for crack cocaine. Petitioner assumed that his appointed counselor would argue this Amendment in his adopted brief. Also because Walton's co-defendant MCgee was granted immediate release under the crack cocaine Amendment, Walton assumed also that he would be granted an equal sentence under 2D1.1 crack Amendment 706 gives him a release date of 1-05-09 approximately 4 months.

### CONCLUSION

Because Walton's priors are inapplicable under the new Amendment and he is do for release in 4 months. He asks this Court to order a new sentence of immediate release followed with 6 months halfway house which would inable him to be released within 10 days of order.

Petitioner would like to note to the Court that he is appreciative of the Court's decision of reducing his sentence on 7-15-08. But petitioner has been incarcerated away from his children and family for over 10 years and 4 more months incarcerated would only be 4 months longer for him to

1 | support his three kids who desparately need him. Walton is currently
2 | working 7 hours a day in unicor facilities making .46¢ an hour which makes
3 | it impossible for him to support his kids and barely himself. Petitioner
4 | prays this Honorable Court grants his motion.

Respectfully submitted,

*Tyrell Walton*

# CERTIFICATE OF SERVICE

I, Tyrell Walton, hereby certify that I have served a true and correct copy of the following: Richard L. Pomeroy, Assistant U.S. Attorney, Federal Building & U.S. Court House, 222 West Seventh Ave. #9, Anchorage, Alaska 99513-7567 which is deemed filed at the time it was delivered to prison authorities for forwarding Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the court, by placing same in a sealed postage prepaid envelope addressed to:

and depositing same in the United States Legal Mail receptacle at Federal Correctional Institution, at Herlong, CA.

I declare, under penalty of perjury (28. §1746) that the foregoing is true and correct to the best of my ability.

Dated This, 4, day of 8,

Signed, Tyrell Walton

Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113
Petitioner, Pro Se

Tyrell Walton #62353-065
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

LEGAL MAIL

Clerk of Court for the
United States District
Court for the District of
Alaska,
Federal Building Courthouse
222 West Seventh Ave.
Anchorage, AK 99513-7567

