**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>     v.  <u>KENNETH DESHON McGEE, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  <u>3:97-cr-0092-HRH</u>

This Minute Order Pertains to:     <u>TYRELL WALTON  (D-03)</u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>
_____           _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Mr. Walton has filed a <u>pro se</u> motion to reduce his sentence based upon Amendment 706 to the United States Sentencing Commission guidelines (Docket No. 506). Since Walton's motion has reference to "prior convictions" (Motion for Retroactive Application of Sentencing Guidelines at 1, Docket No. 506), the motion is probably intended to focus upon Amendment 709, not Amendment 706.

The court appears to have the same issue that is raised by Mr. Walton being briefed in <u>United States v. Valdez (Cruz D-04)</u>, No. 3:98-cr-0133. The Government will please respond to Mr. Walton's motion on or before September 23, 2008. The court will deal with Mr. Walton's and Ms. Cruz's motions simultaneously.